**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JAIME LOPEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:17-cv-00152-O-BP** |
| | § | |
| **ALLSTATE TEXAS LLOYD'S** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are adopted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Defendant's Motion for Summary Judgment (ECF No. 32) is **GRANTED in part and DENIED in part**, and Plaintiff's extra-contractual claims are **DISMISSED**.

**SO ORDERED** on this **8th day** of **June, 2018**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**